[Nos. 15402-5-III; 15403-3-III; Division Three. September 16, 1997.] 15404-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. KURT BAUER, JR., *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, Nos. 95-1-01764-0, 95-1-01875-1 and 95-1-01970-7, Tari S. Eitzen, J., entered November 28, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Thompson, J., and Hutton, J. Pro Tem.

[No. 15999-0-III. Division Three. September 16, 1997.]

DONALD WADSWORTH, ET AL., *Respondents*, v. CLIFFORD F. McGUIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 95-2-00134-9, Tom Reynolds, J., entered July 31, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Thompson, J., and Kato, J. Pro Tem.

[No. 16109-9-III. Division Three. September 16, 1997.]

HARVEY COLE, ET AL., *Respondents*, v. EMMI G. COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-00563-5, Paul A. Bastine, J., entered August 23, 1996. *Reversed* by unpublished opinion per Hutton, J. Pro Tem., concurred in by Kurtz and Brown, JJ.

[No. 39096-1-I. Division One. September 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LILLY VRIEZEMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01525-0, Donald D. Haley, J., entered July 22, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.